Robert J. Maynes, ISB 6905
Stephen K. Madsen, ISB 6253
**MAYNES TAGGART PLLC**
P. O. Box 3005
Idaho Falls, ID 83403
Telephone: (208) 552-6442
Facsimile: (208) 524-6095
Email:  rmaynes@maynestaggart.com
           smadsen@maynestaggart.com

*Counsel for Reorganized Debtor/Plaintiff*

UNITED STATES BANKRUPTCY COURT

DISTRICT OF IDAHO

| | |
|---|---|
| In Re:<br><br>KINGSTON, DAVID ORVILLE,<br><br>    Debtor. | Case No. 11-40128 JMM<br><br>Chapter 11 |
| DAVID ORVILLE KINGSTON,<br><br>    Plaintiff,<br><br>vs.<br><br>BANK OF AMERICA, N.A., et al.<br><br><br><br><br><br><br>    Defendants. | Adversary Case Nos.:<br>18-08043 JDP<br>18-08044 JDP<br>18-08045 JDP<br>19-08001 JDP<br>19-08002 JDP<br>19-08003 JDP<br>19-08004 JDP<br>19-08005 JDP<br>19-08006 JDP<br>19-08007 JDP |

**NOTICE OF EXTENSION OF DEADLINE TO RESPOND
TO SECOND AMENDED COMPLAINTS**

COMES NOW the Reorganized Debtor, David O. Kingston (the "Plaintiff"), by and through his attorneys of record, Maynes Taggart PLLC, and hereby notifies the Court, pursuant to FRBP 9006(b), of his agreement to extend the deadline for responding

to the *Second Amended Complaint* in the above captioned adversary cases, as set forth in more detail below.

On February 19, 2020 the Court held a consolidated hearing on various motions to dismiss the amended complaints filed in each of the ten (10) respective adversary cases listed above, which motions were filed by multiple defendants. As a result of the proceedings, Counts Two, Three and Four of the amended complaints in each adversary case were dismissed with prejudice.[1] Additionally, the Court granted Plaintiff leave to file a Second Amended Complaint as to Count One, no later than March 13, 2020.

On March 12, 2020 the Plaintiff filed a *Second Amended Complaint* ("SAC") in each of the ten (10) respective adversary cases as set out below:

| Case No. | Docket No. of SAC |
|---|---|
| 18-08043 | Dkt. 79 |
| 18-08044 | Dkt. 42 |
| 18-08045 | Dkt. 74 |
| 19-08001 | Dkt. 78 |
| 19-08002 | Dkt. 68 |
| 19-08003 | Dkt. 86 |
| 19-08004 | Dkt. 74 |
| 19-08005 | Dkt. 57 |
| 19-08006 | Dkt. 68 |
| 19-08007 | Dkt. 55 |

---

[1] See Dkt. 76, Case No. 18-08043; Dkt. 39, Case No. 18-08044; Dkt. 71, Case No. 18-08045; Dkt. 74, Case No. 19-08001; Dkt. 64, Case No. 19-08002; Dkt. 44, Case No. 19-08003; Dkt. 70, Case No. 19-08004; Dkt. 54, Case No. 19-08005; Dkt. 65, Case No. 19-08006; Dkt. 51, Case No. 19-08007.

Pursuant to FRCP 15, defendants would have had fourteen (14) days to file an answer/response to the SAC in the adversary cases. Bank of America, N.A. ("BANA"), which is a defendant in all ten (10) adversary cases, requested an extension to file its answers/responses to the SACs. Plaintiff and BANA agreed to an answer/response deadline of **May 8, 2020**.

Plaintiff offered the same extended deadline to all of the other defendants in the respective adversary cases. All of the defendants accepted, and requested that they be afforded the same extended deadline.

Therefore, Plaintiff is extending the answer/response deadline for the Second Amended Complaint in each of the respective adversary cases listed above to **May 8, 2010**, as to all defendants.

No agreements have been made between the parties as to any other deadlines (objections, replies to responses or motions, etc.) at this time, and all parties shall maintain their rights to seek separate or additional extensions, as appropriate and dictated by circumstances.

DATED:   March 23, 2020

MAYNES TAGGART PLLC

/s/ *Stephen K. Madsen*_____
STEPHEN K. MADSEN

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on March 23, 2020, I filed a copy of the attached pleading with the Court via CM/ECF and the following parties are reflected as receiving the Notice of Electronic Filing as CM/ECF Registered Participants:

Aaron R Goldstein on behalf of Defendant U.S. Bank Trust, National Association; Creditor US Bank, N.A.; Defendant LSF9 Master Participation Trust; Creditor LSF9 Master Participation Trust; Defendant Caliber Home Loans, Inc
AGoldstein@perkinscoie.com, csanford@perkinscoie.com, DocketLA@PerkinsCoie.com

Amy J. Kingston on behalf of Creditor 43 North, LLC;  Kingston Companies
kingstonlegalpllc@gmail.com

Brian F McColl on behalf of Creditor Wells Fargo Bank, N.A. brian@wilsonmccoll.com, ronni@wilsonmccoll.com

Bryan Nikkilas Henrie on behalf of Attorney Craig W. Christensen, Chartered
bryan@mrtlaw.net

Daniel C Green on behalf of Attorney Craig W. Christensen, Chartered
dan@racinelaw.net, mcl@racinelaw.net

David E Leta on behalf of Plaintiff Bank of America, N.A. dleta@swlaw.com, wsmart@swlaw.com;lgardner@swlaw.com;dfarr@swlaw.com

David M Swartley on behalf of Creditor Federal National Mortgage Association (Fannie Mae)
bknotice@mccarthyholthus.com, dSwartley@ecf.inforuptcy.com; dswartley@mccarthyholthus.com; dswartley@ecf.courtdrive.com

David Wayne Newman on behalf of U.S. Trustee US Trustee
ustp.region18.bs.ecf@usdoj.gov

Elijah Martin Watkins on behalf of Creditor Select Portfolio Servicing, Inc.; Defendant Select Portfolio Servicing, Inc.
elijah.watkins@stoel.com, docketclerk@stoel.com; karissa.armbrust@stoel.com; Kathleen.reynolds@stoel.com; tracy.horan@stoel.com; emina.hasanovic@stoel.com; katherine.cascarano@stoel.com


Elizabeth M. Z. Timmermans on behalf of Defendant BofA Merrill Lynch Asset Holdings, Inc.; Bank of America Corporation; Defendant Federal National Mortgage Association

Document    Page 5 of 7

eztimmermans@mcguirewoods.com, SLatta@mcguirewoods.com; ARobinson@mcguirewoods.com

Eugene A Ritti on behalf of Defendant David Orville Kingston, jnewman@hawleytroxell.com;jscott@hawleytroxell.com

Heidi Buck Morrison on behalf of Defendant Servis One, Inc., a Delaware Corporation; Interested Party Servis One, Inc.; Defendant Bungalow Series F Trust; Defendant Servis One, Inc.; Creditor US Bank, N.A.; Defendant U.S. Bank Trust, National Association, a subsidiary of U.S. Bancorp; Defendant BSI Financial Services; Defendant Servis One, Inc., a Delaware corporation; Defendant U.S. Bank Trust, National Association; Defendant BSI Financial Services, Inc.
heidi@racineolson.com, mandy@racineolson.com,cheryl@racineolson.com

James Blake Bailey on behalf of Defendant Wilmington Savings Fund Society, FSB, d/b/a Christiana Trust, not individually but as trustee for Hilldale Trust; Defendant MCM Capital Partners, LLC; Defendant PROF-2013-S3 Legal Title Trust; Defendant Christiana Trust Company of Delaware, a Delaware corporation; Defendant Fay Servicing, LLC, a Delaware limited liability company; Defendant Ventures Trust 2013 I-H-R; Defendant Fay Servicing, LLC; Defendant Wilmington Savings Fund Society, FSB
jbailey@bradley.com

Jesse A.P. Baker on behalf of Creditor Wilmington Savings Fund Society, FSB, d/b/a Christiana Trust, not Individually but as Trustee for Ventures Trust 2013-I-H-R, A Delaware Trust; Creditor Aurora Loan Services LLC; Creditor CITIBANK, N.A., as Trustee for CMLTI Asset Trust; Creditor PROF-2013-S3 Legal Title Trust, by U.S. Bank National Association, as Legal Title Trustee
ecfidb@aldridgepite.com, JPB@ecf.courtdrive.com

John F Kurtz, Jr on behalf of Defendant BofA Merrill Lynch Asset Holdings, Inc.; Creditor Bank of America, N.A.; Defendant Bank of America Corporation; Defendant Federal National Mortgage Association
jkurtz@hawleytroxell.com, lhanks@hawleytroxell.com

Karl R Decker on behalf of Interested Party James Bauchman kdecker@holdenlegal.com, mreed@holdenlegal.com

Lance E Olsen on behalf of Creditor Bank of America, N.A.; Creditor BAC Home Loans Servicing, LP; Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper; Creditor Bank of America; Creditor US Bank, N.A.; Creditor Wells Fargo Bank, N.A.
bknotice@mccarthyholthus.com, lolsen@ecf.inforuptcy.com; lolsen@ecf.courtdrive.com

Larry E Prince on behalf of Counter-Defendant Corus Construction Venture, LLC; Plaintiff Spanish Palms Marketing, LLC; Creditor Spanish Palms Marketing, LLC; Counter-Defendant Spanish Palms Marketing, LLC

Page 5

lprince@hollandhart.com, tahancock@hollandhart.com;
boiseintaketeam@hollandhart.com

Lesley Bohleber on behalf of Creditor Seterus, Inc.; Creditor Rushmore Loan Management Services, LLC; Defendant Rushmore Loan Management Services, LLC; Defendant Seterus, Inc.; Defendant Wilmington Savings Fund Society FSB, d/b/a Christiana Trust, not individually but as trustee for Pretium Mortgage Acquisition Trust; Defendant Nationstar Mortgage LLC, successor by merger to Seterus, Inc.; Creditor Nationstar Mortgage LLC, successor by merger to Seterus, Inc.; Creditor Wilmington Savings Fund Society, FSB, d/b/a Christiana Trust, not individually but as trustee for Pretium Mortgage Acquisition Trust; Defendant Seterus, Inc., a Delaware corporation
ecfidb@aldridgepite.com, llueke@ecf.courtdrive.com

Mark A Larsen on behalf of Plaintiff RS-ANB Fund, LP; Creditor RS-ANB Fund, LP
mlarsen@larsenrico.com, jlshields@cnmlaw.com; njpotter@cnmlaw.com

Matthew K Shriver on behalf of Creditor LSF9 Master Participation Trust
ecfid@rcolegal.com;RCO@ecf.inforuptcy.com, shriver.matt@gmail.com

Monte C Gray on behalf of Creditor Bank of America montegray@cableone.net,
livg@cableone.net;dianegraylaw@cableone.net

Patrick William McNulty on behalf of Creditor Spanish Palms Marketing, LLC; Plaintiff Spanish Palms Marketing, LLC; Creditor Corus Construction Venture, LLC
pwm@randalldanskin.com

Philip M Kleinsmith on behalf of Creditor Ventures Trust 2013-I-H-R by Capital Partners LLC, its Trustee
aj@kleinsmithlaw.com

Randall A Peterman on behalf of Defendant Fay Servicing, LLC, a Delaware limited liability company; Defendant MCM Capital Partners, LLC; Defendant Christiana Trust Company of Delaware, a Delaware corporation; Defendant PROF-2013-S3 Legal Title Trust; Defendant Wilmington Savings Fund Society, FSB; Defendant Hilldale Trust, a Delaware trust; Creditor Fay Servicing, LLC; Creditor Wilmington Savings Fund Society, FSB, d/b/a Christiana Trust, not individually but as trustee for Hilldale Trust; Creditor PROF-2013-S3 Legal Title Trust, by U.S. Bank National Association, as Legal Title Trustee; Creditor Ventures Trust 2013-I-H-R by Capital Partners LLC, its Trustee; Defendant Ventures Trust 2013 I-H-R; Creditor Wilmington Savings Fund Society, FSB, d/b/a Christiana Trust, not Individually but as Trustee for Ventures Trust 2013-I-H-R, A Delaware Trust; Defendant Wilmington Savings Fund Society, FSB, d/b/a Christiana Trust, not individually but as trustee for Hilldale Trust; Defendant Fay Servicing, LLC
rap@givenspursley.com, kad@givenspursley.com;wandawhite@givenspursley.com

Richard C Boardman on behalf of Creditor LSF9 Master Participation Trust; Defendant Caliber Home Loans, Inc.; Defendant U.S. Bank Trust, National Association; Creditor

US Bank, N.A.
rboardman@perkinscoie.com, docketboi@perkinscoie.com; lbush@perkinscoie.com; ruthmiller@perkinscoie.com

Robert A Muckenfuss on behalf of Defendant Federal National Mortgage Association; Defendant Bank of America Corporation; Defendant BofA Merrill Lynch Asset Holdings, Inc.
rmuckenfuss@mcquirewoods.com

Sheila Rae Schwager on behalf of Defendant Bank of America Corporation; Creditor Bank of America, dsorg@hawleytroxell.com

Stephen A Meikle on behalf of Creditor Danielle Kingston; Creditor David O Kingston, Jr. sammeikle@msn.com, rachellewinn@outlook.com

US Trustee ustp.region18.bs.ecf@usdoj.gov

William L Mauk on behalf of Creditor Kingston, David O. Jr. & Danielle
sally@maukburgoyne.com

And as further indicated in the ECF mailing matrix.

                                       /s/ Stephen K. Madsen___
                                       Stephen K. Madsen